# IN THE SUPREME COURT OF THE STATE OF NEVADA

MALIK FROST,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; THE HONORABLE CAROLYN
ELLSWORTH, SENIOR JUDGE; AND
EIGHTH JUDICIAL DISTRICT COURT
DEPT. 12,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83914

FILED

OCT 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus challenging a district court order denying a motion to set reasonable bail. Having considered the petition, the answer, and the supporting documents, we are not persuaded that petitioner has demonstrated that our discretionary, extraordinary intervention is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that this court has sole discretion in determining if a writ petition will be considered); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (explaining that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *see also* NRAP 21(a)(4) (explaining that the appendix to the writ petition should include anything "that may be

essential to understand the matters set forth in the petition").  Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:     Chief Judge, Eighth Judicial District Court
        Hon. Carolyn Ellsworth, Senior Judge
        Las Vegas Defense Group, LLC
        Attorney General/Carson City
        Clark County District Attorney
        Eighth Judicial District Court Clerk